SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>   Plaintiff,<br><br> vs.<br><br>Annette Aleida Elliott, et al<br><br>   Defendants. | Case No.: CIV.S 09-cv-02319-GEB-KJM<br><br>**STIPULATION TO SET ASIDE DEFAULT AND ORDER** |

  IT IS HEREBY STIPULATED by and between Plaintiff, Scott N. Johnson, and Defendants, Andrew Anthony Alcala; Terri Lynn Alcala, by and through their attorneys of record (Scott N. Johnson; Robert C. Lorbeer) that the Plaintiff's Entry of Default against Defendants, Andrew Anthony Alcala; Terri Lynn Alcala, is hereby set aside. This stipulation is based upon the following facts constituting good cause: Defendants, Andrew Anthony Alcala; Terri Lynn Alcala, are represented by Counsel, Robert C. Lorbeer of Robert C. Lorbeer,

Attorney at Law.  Unfortunately, representation was not confirmed until after the deadline to file an Answer because of the Clerk's Entry of Default.

  IT IS FURTHER STIPULATED that Defendants, Andrew Anthony Alcala; Terri Lynn Alcala, will file an Answer within one (1) week of the Entry of Default being set aside.

Dated: December 15, 2009      /s/ Robert C. Lorbeer_____

              ROBERT C. LORBEER,

              Attorney for Defendants

Dated: December 15, 2009      /s/Scott N. Johnson_____

              SCOTT N. JOHNSON,
              Attorney for Plaintiff,
              **SCOTT N. JOHNSON**

**IT IS SO ORDERED**:

  As the parties have so stipulated, Plaintiff's Entry of Default against Defendants, Andrew Anthony Alcala; Terri Lynn Alcala, is hereby set aside.

**IT IS FURTHER ORDERED** that Defendants, Andrew Anthony Alcala; Terri Lynn Alcala, shall file an Answer within one (1) week of the date on which this order is filed.

Dated: 12/15/09

              _____
              GARLAND E. BURRELL, JR.
              United States District Judge

2

Stipulation to Set Aside Default and Proposed ORDER
              CIV: S-09-cv-02319-GEB-KJM