IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) | |
| ) | 2:09-cv-02319-GEB-CKD |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE: SETTLEMENT AND |
| ) | DISPOSITION |
| ANNETTE ALEIDA ELLIOT, ) | |
| Individually and d/b/a ) | |
| Therapeutic Knead; ANDREW ) | |
| ANTHONY ALCALA; TERRI LYNN ) | |
| ALCALA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Plaintiff filed a "Notice of Settlement" on September 8, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (20) calendar days." (ECF No. 21.)

    Therefore, a dispositional document shall be filed no later than September 30, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, the final pretrial conference scheduled for hearing on September 19, 2011, is continued to October 31, 2011, commencing at 2:30 p.m. in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  September 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2